may be extremely difficult for plaintiffs . . . to make a <u>prima</u> <u>facie</u> showing of jurisdiction over a foreign corporation that they seek to sue in the federal courts in New York. That, however, is the consequence of the problems inherent in attempting to sue a foreign corporation that has carefully structured its business so as to separate itself from the operation of its wholly-owned subsidiaries in the United States – as it properly may do." <u>Jazini</u>, 148 F.3d at 186.[12]

## **CONCLUSION**

For the foregoing reasons, defendants' motions to dismiss the complaint for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2) are granted and plaintiffs' cross-motion for jurisdictional discovery and to amend the complaint pursuant to Fed. R. Civ. P. 15(a) is denied.

SO ORDERED.

Dated: November 21, 2006
Brooklyn, New York

_____/s/_____
I. Leo Glasser
United States District Judge

---

[12] Because the Court rejects plaintiffs' request for jurisdictional discovery, it does not reach Buchi AG's argument that discovery, if any, should be conducted under the Hague Convention. <u>See</u> Buchi AG Reply Mem. at 11-14.